**Order entered October 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01312-CR
### No. 05-15-01313-CR

## EX PARTE ROBERT ANTHONY HUNT

**On Appeal from the Criminal District Court No. 4
Dallas County, Texas
Trial Court Cause Nos. WX15-90038-K, WX15-90039-K**

## ORDER

The Court has received appellant's notice of appeal from the trial court's order denying the relief sought by appellant's pretrial application for writ of habeas corpus seeking a modification of the conditions of his bond. These are accelerated appeals under Texas Rule of Appellate Procedure 31.

We **ORDER** the Dallas County District Clerk to file the clerk's records within **TEN DAYS** of the date of this order. We **ORDER** that the clerk's records contain the documents related to the application for writ of habeas corpus as well as the documents related to the proceedings in trial court nos. F15-48185-K and F15-48187-K. No extensions will be granted.

We **ORDER** Charon Evans, official court reporter, Criminal District Court No. 4, to file, within **FIFTEEN DAYS** of the date of this order, the reporter's record of all hearings conducted on appellant's application for writ of habeas corpus. No extensions will be granted.

Appellant's brief is due within **THIRTY DAYS** of the date of this order. The State's brief is due within **FORTY-FIVE DAYS** of the date of this order. After the record and briefs have been filed, the Court will notify the parties of the submission date.

We **DIRECT** the Clerk to send copies of this order to Felicia Pitre, Dallas County District Clerk; Charon Evans, official court reporter, Criminal District Court No. 4; and to counsel for all parties.

/s/    ADA BROWN
       JUSTICE